JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edward  Scott Aaron , <br><br>           Plaintiff, <br><br>     vs. <br><br> Martin O'Malley, Commissioner of Social Security[1], <br><br>           Defendant. | Case No. 1:24-cv-00372-BAM <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from  SEPTEMBER 20, 2024 to OCTOBER 21, 2024, for Plaintiff to serve on defendant with

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

PLAINTIFF'S REPLY BRIEF .  All other dates in the Court's Scheduling Order shall be extended accordingly.

     This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.  For the weeks of September 20, 2024 and September 27, 2024, Plaintiff's Counsel has five reply briefs due and three merit briefs. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                              Respectfully submitted,

Dated: September 17, 2024     PENA & BROMBERG, ATTORNEYS AT LAW

                              By: /s/ Jonathan Omar Pena
                                  JONATHAN OMAR PENA
                                  Attorneys for Plaintiff

Dated: September 17, 2024     PHILLIP A. TALBERT
                                  United States Attorney
                                  MATHEW W. PILE
                                  Associate General Counsel
                                  Office of Program Litigation
                                  Social Security Administration

                              By:  */s/ David Priddy
                                  David Priddy
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant
                                  (*As authorized by email on September 17, 2024)

## ORDER

Pursuant to stipulation and good cause appearing, Plaintiff shall file and serve Defendant with his reply brief on or before **October 21, 2024**.  Additionally, all parties to this action that have not already done so should file their Consent/Decline of U.S. Magistrate Judge Jurisdiction forms on or before **October 21, 2024**.  The forms should not be transmitted to the assigned magistrate judge. There is no obligation to consent, and the parties may consent or withhold consent without any adverse consequences. Further, the judges will be informed of a party's designation only if all parties have consented.

IT IS SO ORDERED.

Dated: **September 18, 2024**              /s/ *Barbara A. McAuliffe*
                                                                     UNITED STATES MAGISTRATE JUDGE