UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD AARON,<br><br>               Plaintiff,<br><br>       v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>               Defendant. | No.  1:24-cv-00372-KES-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Docs. 10, 14) |

Plaintiff Edward Aaron initiated this action seeking judicial review of a final decision of the Commissioner of Social Security denying his application for disability insurance benefits. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(15).

On March 3, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's appeal from the administrative decision of the Commissioner of Social Security be granted and the agency's determination to deny benefits be reversed.  Doc. 20. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  *Id.* at 16.  No objections were filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b), this Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court finds that the findings and

recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on March 3, 2025 (Doc. 20) are ADOPTED IN FULL;
2. Plaintiff's motion for summary judgment (Doc. 10) is GRANTED;
3. Plaintiff's appeal from the administrative decision of the Commissioner of Social Security is GRANTED and the agency's determination to deny benefits is REVERSED; and
4. The Clerk of this Court is directed to enter judgment in favor of plaintiff Edward Aaron and against defendant Commissioner of Social Security.

IT IS SO ORDERED.

Dated: September 1, 2025

UNITED STATES DISTRICT JUDGE